UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIRGIL E. RIMANDO,

          Plaintiff,

v.

UNITED STATES OF AMERICA,

          Defendant.

C14-1679 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for summary judgment, docket no. 21, is DENIED. Plaintiff's expert August Reader, M.D. is qualified to render an opinion concerning whether Elaine Chuang, M.D.'s delay in performing the corrective surgery at issue fell below the applicable standard of care. Defendant's arguments to the contrary go to weight, not the admissibility, of Dr. Reader's testimony.

(2) In light of the Court's ruling on defendant's motion for summary judgment, the oral argument scheduled for February 29, 2016, at 10:30 a.m., is STRICKEN.

(3) To accommodate the Court's schedule, the pretrial conference is RESCHEDULED from March 18, 2016, at 2:30 p.m., to March 16, 2016, at 1:30 p.m.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2016.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1